### WARDELL & M'COON vs. MASON and another.

Records of judgment, delivered to the clerk to be filed before the hour of nine o'clock in the morning, will be considered *as filed at the hour of nine.* No preference can be gained by taking a record to the clerk's office before that hour.

September 19.

IN this and four other cases where a preference was attempted to be gained by the filing of *records of judgment,* one attorney filing his record at *seven* o'clock A. M. and the other at *thirty minutes past seven,* the court, SUTHERLAND, J. presiding, observed that a party cannot gain a preference by filing a record *before the hour of nine o'clock in the morning,* that being

the earliest hour at which the clerks of our courts are required by statute to open their offices for the transaction of business, *2 R. S. 285, § 54;* and that all records delivered at an earlier hour must be considered *as filed at the hour of nine.*